PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: **George Lee Flory** | Case Number: **3:06CR0109** |
| Name of Sentencing Judicial Officer: | **The Honorable Walter Herbert Rice** <br> **United States District Judge** |
| Date of Original Sentence: | **September 14, 2007** |
| Original Offense: | **Knowingly Discharging and Causing the Discharge of Oil in a Quantity That May be Harmful Into and Upon a Navigable Water of the United States and Aiding and Abetting, in violation of 33 U.S.C. § 1321(b)(3) and § 1319(c)(2)(A) and 18 U.S.C. § 2, a Class E felony** |
| Original Sentence: | **Three years probation; seek and maintain employment throughout the period of supervision if physically able; serve a period of 100 hours of community service with an agency and on a schedule agreed upon by the defendant and the probation officer over the first two and a half years of supervision; complete six months of home confinement with the first three months on electronic monitoring, the second three months without electronic monitoring, and pay half the cost of the electronic monitoring and is to be granted work release privileges and released for pre-arranged personal errands; pay a $100 special assessment; and pay $260,948.08 in restitution** |
| Type of Supervision: **Probation** | Date Supervision Commenced: **September 14, 2007** |

## NON-COMPLIANCE SUMMARY

George Lee Flory's term of probation is scheduled to expire on September 13, 2010. The defendant's remaining restitution balance at this time is approximately $257,848.08. Mr. Flory was court ordered to pay $100 per month toward this obligation beginning on December 1, 2007. The defendant has made his required monthly payments and has paid a total of $3,100 toward this debt. Mr. Flory's last payment of $200 was received on July 6, 2010.

Based on the amount of money still owed, it is highly unlikely Mr. Flory will satisfy the balance of his restitution prior to the expiration of his probation. As the Court is aware, Mr. Flory remains legally liable for the restitution balance for a period of 20 years from the date he was sentenced. Mr. Flory has agreed to continue paying toward his obligation after his probation expires. The defendant signed a Notice of Consent Agreement with the United States Attorney's Office Financial Litigation Unit on July 16, 2010, agreeing to make monthly payments of $100 toward this financial obligation. Mr. Flory has also been made aware the United States Attorney's Office can take action against him should he fail to honor this agreement.

PROB 12A
(12/98)

2

**U.S. Probation Officer Action:**

Overall, Mr. Flory has made a positive adjustment to supervision. Mr. Flory has maintained employment repairing fuel oil tanks. The defendant completed 100 hours of community service at the Boonshoft Museum of Discovery on May 10, 2009. Additionally, Mr. Flory successfully completed his term of home confinement on April 4, 2008. Record checks conducted by this officer reveal that Mr. Flory has not been arrested or charged with any new criminal activity during the course of the probation term.

Given the fact Mr. Flory has signed a Notice of Consent Agreement with the United States Attorney's Office Financial Litigation Unit and will remain legally liable for the full amount of restitution for a period of 20 years from the date he was sentenced, it is respectfully recommended Mr. Flory's outstanding financial obligation not prevent his supervision from expiring as scheduled on September 13, 2010.

Respectfully submitted,   Approved,

by  *[signature]*   by  *[signature]*

**Laura A. Sebulsky**   **Kristin Keyer**
U. S. Probation Officer   Senior U. S. Probation Officer
Date: 7-27-10   Date: 7-26-10

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

7-28-10
Date